AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | 1:20-mj-0916 |
| CHARLES PIEL, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  See below in "Offense Description"  in the county of  Marion  in the

Southern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. § 2422(b) | Coercion/Enticement (between August 25, 2019 to November 5, 2019) |
| Count 2: 18 U.S.C. § 2260A | Penalties for Registered Sex Offenders (between August 25, 2019 to November 5, 2019) |
| Count 3: 18 U.S.C. § 2252(a)(2) and (b)(1) | Distribution and Receipt of Child Pornography with a Prior conviction (between September 1, 2019 to March 10, 2020) |
| Count 4: 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography with a Prior conviction (between September 1, 2019 to October 13, 2020) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

s/ Laura K. Smith
*Complainant's signature*

Laura K. Smith, TFO USSS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
telephone (*reliable electronic means*)

Date: October 14, 2020

City and state: Indianapolis, IN

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Laura Smith, hereby depose and state as follows:

1.     **Affiant**:   I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department.  I am cross-designated as a Task Force Officer with the United States Secret Service.

2.     **Experience**:  I have over 23 years of law enforcement experience.  I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and collectors of child sexual abuse material.  I have written numerous search warrants involving internet crimes against children cases and participated in their execution.   I have been the lead or the assisting detective on numerous child exploitation investigations that have resulted in convictions in both State and Federal court.

3.     **Training**:  I have attended the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children.  I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies.  I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child sexual abuse material.

4.     **Information provided**:  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant,

1

your Affiant has not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause that **Charles Piel (Piel)** has violated the following statutes:

      A.      Count 1: Coercion/Enticement, 18 U.S.C. § 2422 (b);

      B.      Count 2: Penalties for Registered Sex Offenders, 18 U.S.C. § 2260A.

      C.      Count 3: Distribution and Receipt of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct (Prior Conviction),18 U.S.C. § 2252 (a)(2) and (b)(1); and

      D.      Count 4: Possession of Child Pornography (Prior Conviction), 18 U.S.C. §§ 2252A(a)(4)(B) and (b)(2).

5.    **Requested action**:  I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Charles Piel with violating **18 U.S.C. § 2422 (b), 18 U.S.C. §§ 2252(a)(2) and (b)(1), and 18 U.S.C. §§ 2252A(a)(4)(B) and (b)(2), and 18 U.S.C. § 2260A**.

6.    **Statutes Violated:**

      A.      **Coercion/Enticement, 18 U.S.C. § 2422(b)**: This statute prohibits a person from using any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or to attempt to do so.

2

B.   **Receipt and Distribution of Child Pornography: 18 U.S.C. § 2252(a)(2):**  This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2), which prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.  There are enhanced penalties for individuals who have a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography.

C.   **Possession of Child Pornography: 18 U.S.C. § 2252(a)(4)(B):** This statute prohibits a person from knowingly possessing, or knowingly accessing with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or

3

affecting interstate or foreign commerce by any means, including

by computer.  There are enhanced penalties for individuals who have a

prior conviction under the laws of any State relating to aggravated sexual

abuse, sexual abuse, or abusive sexual conduct involving a minor or

ward, or the production, possession, receipt, mailing, sale, distribution,

shipment, or transportation of child pornography.

D.      **Penalties for Registered Sex Offenders, 18 U.S.C. §**

**2260A:** Where an individual is required by Federal or other law to

register as a sex offender, and that individual commits a felony offense

involving a minor under section 2422, he shall be sentenced to a term of

imprisonment of 10 years in addition to the imprisonment imposed for

the offense under that provision.

7.      **Definitions**: The following definitions apply to this Affidavit:

A.      "Child erotica" means any material relating to minors that

serves a sexual purpose for a given individual, including fantasy writings,

letters, diaries, books, sexual aids, souvenirs, toys, costumes, drawings, and

images or videos of minors that are not sexually explicit.

B.      "Child Pornography" means any visual depiction of sexually

explicit conduct where (a) the production of the visual depiction involved the

use of a minor engaged in sexually explicit conduct, (b) the visual depiction is

a digital image, computer image, or computer-generated image that is, or is

indistinguishable from, that of a minor engaged in sexually explicit conduct,

or (c) the visual depiction has been created, adapted, or modified to appear

4

that an identifiable minor is engaged in sexually explicit conduct. *See* 18

U.S.C. § 2256

C.      "Child sexual abuse material" has the same definition as "Child

Pornography".  Historically the term "Child Pornography" has been used in

legal contexts.  The term "child sexual abuse material" is increasingly being

used to replace the term "child pornography" because sexualized material

that depicts or otherwise represents children is indeed a representation, and

a form, of child sexual abuse.  Child sexual abuse material as used in this

affidavit is the same definition as "child pornography".  It is any visual

depiction, including any photography, film, video, picture, or computer or

computer-generated image or picture, whether made or produced by

electronic, mechanical, or other means, of sexually explicit conduct where the

production of such visual depiction involves the use of a minor engaging in

sexually explicit conduct; such visual depiction is a digital image, computer

image, or computer-generated image that is, or is indistinguishable from,

that of a minor engaging in sexually explicit conduct; or such visual depiction

has been created, adapted, or modified to appear that an identifiable minor is

engaging in sexually explicit conduct.

D.      "Minor" means any person under the age of eighteen years. *See*

18 U.S.C. § 2256(1).

E.      "Sexually explicit conduct" means actual or simulated (a) sexual

intercourse, including genital-genital, oral-genital, or oral-anal, whether

between persons of the same or opposite sex; (b) bestiality; (c) masturbation;
(d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or
pubic area of any person.  *See* 18 U.S.C. § 2256(2).

   F. "Visual depictions" include undeveloped film and videotape, and
data stored on computer disk or by electronic means, which is capable of
conversion into a visual image.  *See* 18 U.S.C. § 2256(5).

  8. **Specific Probable Cause:** On April 2, 2019, your Affiant received
CyberTipline Report Numbers #56097072 and #57812611, from the National
Center for Missing and Exploited Children (NCMEC). The NCMEC alerts law
enforcement to reports of sexual exploitation of children on the Internet. The
NCMEC was established in 1984 as a private, nonprofit 501(c)(3) organization.
The NCMEC provides services nationwide to families and professionals relating
to preventing the abduction and sexual exploitation of children. Pursuant to its
mission and congressional authorization (see 42 U.S.C.§ 5773), NCMEC
operates the CyberTipline and the Child Victim Identification Program to
provide assistance to law enforcement in its efforts to identify victims of child
pornography and child sexual exploitation. NCMEC also works with law
enforcement, Electronic Service Providers, electronic payment service providers
and others in their efforts to reduce the distribution of child sexual exploitation
images and videos on the Internet. NCMEC does not investigate and cannot
verify the accuracy of information it receives. NCMEC forwards reports of
possible child sexual exploitation to law enforcement for its independent review
and analysis. I have investigated numerous CyberTips from NCMEC.

9.      CyberTipline Report #56097072 provided the following information, as reported to NCMEC by Instagram:

A.      Instagram user Jeff Jee with screen/UserName: jeffjee43, ESP: 18496208698 used their service to upload two (2) video files.

B.      Both videos show an adult male engaged in sexual activity with a prepubescent boy who appears to be less than 12 years of age.

C.      The videos were uploaded on September 22, 2019 at 21:01 UTC and 21:03 UTC via a Verizon wireless IP address.

10.     CyberTipline Report #57812611 provided the following information, as reported to NCMEC by Google:

A.      Google user with Name: Jeff Jee, cellular phone number 1-317-495-8188 (verified on 9-2-2016) with email: jeffjee43@gmail.com and chuckpiel@gmail.com used their services to upload three (3) files.

B.      Two of the files are described as prepubescent female children with their genitals exposed.  The third file depicts two adult males penetrating the mouth of a prepubescent female child.  Each of the girls appear to be less than 12 years of age.

C.      Google provided information that the images were stored in the Google photo infrastructure and provided several login IP addresses for the account.

11.     After receiving the case, I queried the cellular phone number 1-317-495-8188 and found it is associated with the carrier Verizon.  I preserved the Instagram and Google accounts pending further investigation.

12.     On February 19, 2020, I requested a search warrant to Verizon for subscriber information and data.  The search warrant was granted by Marion County Superior Court Commissioner Therese Hannah under cause #49G04-2002-MC-006877.

13.     On February 26, 2020, Verizon responded with subscriber information, etc.  Verizon provided the user to be Calamp Corp, a business located at 1401 N. Rice Avenue, Oxnard, California.  A search for information about this company showed that it is a provider of software applications, cloud services, data intelligence, and networked telematics products and services.

14.     On February 28, 2020, I requested search warrants for the Instagram (Facebook[1]) account with username: Jeff Jee (associated mobile phone: +1717908XXXX (redacted), ESP User ID: 18496208698) and the Google, Inc. accounts with emails: jeffjee43@gmail.com and chuckpiel@gmail.com (Name: Jeff Jee, mobile phone: +1317495XXXX (redacted).  The search warrants were issues by the Marion County Superior Court Commissioner Jason Reyome under cause #49G01-2002-MC-008321.

15.     **Google Return:** On March 2, 2020, I received the response from Google, Inc.

A.     A review of the accounts showed the name Jeffery G. Piel associated with one of the emails and a photograph which showed the name Chuckley Piel with an address xxxx Blue Willow Drive, Indianapolis, IN 46239 (address redacted but known to Affiant).

---

1 Instagram is owned by Facebook, Inc.

B.      Another email from Twitter revealed the subject to show @cxmpunk notifications.  The name on the email was to COACH/MANAGER<chuckpiel@gmail.com>.  I was able to locate a Twitter account and took the following screenshot:



C.      Within the Google photos, I located a Profile Image for the user of jeffjee43@gmail.com.

D.      Other files located in the accounts included images of other family members also.

16.     A query to the Indiana Bureau of Motor Vehicles (BMV) for the name Jeffery Piel showed Jeffery Piel (born in 1966) and Jeffery Piel, Jr. (born in 1991) both with the address of xxxx Blue Willow Drive, Indianapolis, Indiana 46239.  A check of the BMV photograph for each subject revealed images for Jeffery Piel, Jr. and Jeffery Piel, Sr., respectively.

17.     A further search of the xxxx Blue Willow Drive, Indianapolis, Indiana 46239 address also revealed that another subject, Charles Piel (born in 1996), was associated with the address.   Charles Piel is currently a registered sex offender for a conviction in 2016.

 

18.     References to "Charles Piel" in the Google Returns:

A.     Review of the email account chuckpiel@gmail.com showed an email received on June 17th from NBA All-Access wishing "Chuck" a happy birthday.  This is the same date of birth for the registered sex offender Charles Piel.

B.     The Google chats for the account jeffjee43@gmail.com included the use of the name "Charlie" 99 times, including the full name Charlie Piel.

C.     There are lengthy conversations between Charles Piel and an individual identified as Victim 1.  Victim 1 used the email address ar(redacted)@gmail.com.

19.     **Victim 1:**  While reviewing communications, your Affiant saw messages between Charles Piel and Victim 1 that were criminal in nature.

These messages appear to begin when Victim 1 was a minor child, however, based on the content of the messages, your Affiant believes that the communication actually began elsewhere.

A.     A query to Indiana BMV for Victim 1 revealed that he is an 18-year-old male, born in November of 2001, with a listed address at xxxx Blue Willow Drive, in Indianapolis, in the Southern District of Indiana.

B.     The Google Chat conversations between Charles Piel (jeffjee43@gmail.com) and Victim 1 began when Victim 1 was 17 years old in August of 2019 and lived near Orlando, Florida.

C.     Those conversations between jeffjee43@gmail.cmon and Victim 1 included the following:

i.     On August 25, 2019, Victim 1 asked Charles Piel to come pick him up. He told Charles Piel in the conversation that he was 17 years old and would be turning 18 on November xx, 2019 (date redacted but known to Affiant).  They discussed Charles Piel going to pick up Victim 1 the day after his birthday.  Charles Piel asked Victim 1 for his school email address since Victim 1's parents took his phone away.

ii.     In September and October of 2019, jeffjee43@gmail.com sent images of child sexual abuse material to Victim 1 via Google Chats.

11

iii.     On October 1, 2019 Charles Piel told Victim 1, "Ok I'll make u a deal".  After Victim 1 replied, "what", Charles Piel sent, "I let you focus on work but I want that ass pic of you sitting on your knees and a close up of your hole today when you get home deal and I'll let you work" and "Your boyfriend wants those". Victim 1 responded that if Charles would help him in class, Victim 1 would send pictures.  Charles responded, "Both of them".  After Victim 1 questioned what he meant, Charles sent, "Up close on the hole", "And far away from sitting on the ground", and "I want those 2 pics".

iv.     As the conversation continued on October 1, 2019 Charles Piel sent, "I help you in English" and "If I get those pics". After Victim 1 became upset and told Charles he was about to cry, Charles sent, "Do you want that deal" and "Yes or no". Victim 1 responded, "you get one pic".  Victim 1 sent, "obviuolsy you dont bc you force me to do shit" and "school is more important than nudes".  Charles sent, "Because I don't feel it", "Your not helping me", and "I would like my nudes from the beginning in our relationship you gave me many". Charles continued, "But now none", "But I have to go all I would like is the pic upclose of your asshole then", and "I love you (redacted) I just want to lick every part of your body baby."

v.      On October 4, 2019, Charles Piel sent, "Babe I'm going through so much stress you have no idea I have been dealing with shit I'm on probation and I can't really come get you I'm not allowed to at all I'm not even allowed to have a phone at all like the fuck I am trying to get a job a phone to come get you and" and "It's just so stressed I have bills". Charles told Victim 1, "I have a sexual battery". He explained to Victim 1 that it was on a college kid who Charles "whooped his ass naked", "Because he hit a girl", and "He was drunk and naked".

vi.      On October 17, 2019, Charles Piel sent, "*(redacted)...*I love you so much your the most amazing boy in my life ever (redacted) I truly do love your goofy self and I absolutely treat you as my number one trust everything I do is because of you this iPhone because of you this time because of you this work because of you everything because of you I cry because you tried to get the trust when baby I do want to trust and I do trust you I just don't feel right stably because of what happen I need you to be with me then you will see a new Charlie a Charlie that your going to absolutely love and fall deeper in love with i just can't handle it any more with these things honey I love you just please this is my only issue is that I'm scared of the past and that it fucked with me so much so much and I just can't take it because it hurt me so bad and I am crying and shaking i feel dead inside I need to be alive

13

with your love honey yes I only want you but listen honey please when I say something or do something it's not you it's me trust me when I say I do not feel safe with this app I don't and I hate it and it's been making me cry to death yes it is fun as hell but there are others till I see you and I know that it isn't right but honey please just be a great boyfriend and do this one thing for me listen to me one time babe because I feel on the edge I never felt this way before and I'm scared to death babe I need you to listen to me about some stuff call of duty I don't feel right with it babe please just understand I don't want to lose you because of something so simple as that but I'm scared that you will become one of them."

vii.    Many of the conversations on Google chats involved plans for Charles Piel to travel to Florida to pick up Victim 1 the day after Victim 1 turned 18.  Other conversations indicated that Victim 1 and Charles Piel were engaged in sexual activity during video chat.

viii.    There were several explanations by Charles Piel to Victim 1 on how to video chat via using Victim 1's school computer and bypassing the school networks security filters and using a VPN.  They also discussed communicating via text and via Snapchat.  Charles Piel provided his Snapchat username to Victim 1 as Cxmpunk on August 25, 2019.  Charles also referred to

telephone numbers as 717-908-XXXX (redacted) and 317-419-XXXX (redacted).

20.   **Sex Offender Status:**  Charles Piel has an Indiana State conviction for Possession of Child Pornography (F6) under Cause #49G15-1708-F6-032207 out of Marion County Superior Court 15, with a conviction date October 25, 2018.  Charles Piel also has Indiana state convictions for two counts of sexual battery (F6) under cause #32D05-1601-F4-000002 out of Hendricks County Superior Court 5, with a conviction date of August 24, 2016. Charles Piel was on Marion County Probation until May 18, 2020.

21.   **Snapchat CyberTipline Report:** On August 18, 2020, your Affiant received CyberTip number 65742328 from the National Center for Missing and Exploited Children (NCMEC). Snapchat, Inc. had reported to NCMEC that Screen/user Name: cxmpunk, with Email: jeffpiel@comcast.net, phone: +1317419XXXX (redacted but known to this affiant), date of birth: (redacted, but same month and day as Charles Piel) uploaded five (5) images to the publicly available Snapchat account.  This was reported to NCMEC on March 10, 2020 at 23:56:07 UTC.

A.   The CyberTip provided the following information for the User or Person Being Reported: Screen/user name: cxmpunk, with the IP addresses including: 172.58.141.204 on 3/10/2020 at 04:30:28 UTC.

B.   The following files uploaded are described as below:

i.   Uploaded File Information Filename: **307d66da-6a92-4c40-80f5-609841375acf_CHAT_MEDIA_1567912327924.jpeg—**

15

This image appears to be of a naked prepubescent young male in a shower with his penis exposed.

    ii.    Uploaded File Information Filename: **307d66da-6a92-4c40-80f5-609841375acf_CHAT_MEDIA_1568176343040.jpeg—**This image appears to be of a naked prepubescent young male sitting on a blanket with his penis exposed.

    iii.    Uploaded File Information Filename: **307d66da-6a92-4c40-80f5-609841375acf_CHAT_MEDIA_1567911501005.jpeg**-- This image appears to be of a naked prepubescent young male in a shower with his penis exposed.

    iv.    Uploaded File Information Filename: **307d66da-6a92-4c40-80f5-609841375acf_CHAT_MEDIA_1568176345466.jpeg**--This image appears to be of two naked prepubescent young males sitting in a boat with their penises exposed.

    v.    Uploaded File Information Filename: **307d66da-6a92-4c40-80f5-609841375acf_CHAT_MEDIA_1568176352038.jpeg**--This image appears to be of a prepubescent young male bent over with his pants pulled down, exposing his testicles and anus.

C.    On August 18, 2020, I researched the login IP address via the American Registry of Internet Numbers (ARIN) and discovered that the IP address is serviced by T-Mobile.  Unfortunately, this affiant

knowns that T-Mobile does not keep records regarding IPV4 addresses and only keeps IPV6.

D.      I then requested a search warrant for the Snapchat, Inc. account with Screen/Username: cxmpunk.  The search warrant was granted by Marion County Commissioner Jason Reyome under cause #49G142008-MC-080003 and then sent on to Snapchat, Inc.  The results of that search warrant are pending.

22.     **Federal Search Warrant:**  On October 8, 2020, your Affiant obtained a search warrant for the address at xxxx Blue Willow Drive, the persons of Charles Piel and Victim 1, and Piel's registered vehicle.  The federal search warrant was authorized by United States Magistrate Judge Mark Dinsmore.

23.     **Search Warrant Execution:**  On October 13, 2020 at approximately 10:10 a.m., your Affiant and other members of the Indiana Internet Crimes Against Children (ICAC) Task Force executed the search warrant at the authorized Blue Willow Drive address.  After entry was made, Piel and Victim 1 were located inside.

A.      At approximately 10:14 a.m., Victim 1 was interviewed inside the mobile forensic vehicle by FBI Task Force Officer and IMPD Detective Derek Cress and your Affiant.  I read him the *Miranda* advice of rights, which he waived and signed.  The interview was video and audio recorded.  During the interview, Victim 1 reported that he has lived at the house with Piel, who he said was his boyfriend, since November 8,

17

2019.  Victim 1 said he was from Orlando, Florida.  When asked about

how he met Piel, Victim 1 initially said that he met Piel when he was 8

years old at an amusement park in Ohio and that their families knew one

another. Piel said they kept in touch and eventually took a bus to

Indianapolis from Florida on November 8, 2019.  After questioning this,

Victim 1 said that it wasn't really the truth and that it was simply a story

that they concocted to tell the Marion County Sex Offender Probation

Team when officers asked about their relationship, so that Piel wouldn't

get in trouble.  Victim 1 said he actually met Piel on Snapchat in August

of 2019 and confirmed that they communicated via Google Hangouts.

Victim 1 confirmed Piel's Snapchat username as cxmpunk.

     B.    While discussing their communication over Google

Hangouts, Victim 1 said that Piel had asked him to take images of Victim

1's penis and anus and that Victim 1 did this, and then sent those

images to Piel via Google Hangouts, using the Internet.  When asked

about images that Piel sent to him, Victim 1 said he didn't ask for any of

the sexually explicit images of minors, but Victim 1 thought Piel was only

testing him to see Victim 1's response.  Victim 1 said he did not like the

child pornography and has not seen any since he has lived in

Indianapolis.  Victim 1 also said that he and Piel also masturbated on

live video using Google Duo[2] during their communication when he was
17 years old.

      C.    Victim 1 also said that he didn't take a bus to Indianapolis.
Piel actually drove to Victim 1's home in Florida and picked him up and
drove Victim 1 to Indianapolis on November 8, 2019.  Victim 1 reported
he didn't leave his mother any note and so she had reported Victim 1 as
a missing person at that time.  Victim 1 said that he has communicated
with her since then and she now knew where he was living.

      D.    Victim 1 identified his phone as an iPhone and provided the
passcode.  He said this phone was only a few months old and that he
had two other Android phones which he also used in the past.  One of
those phones was located in the garage of the house.

24.   **Contact with Charles Piel:**  At approximately 11:12 a.m., Charles
Piel was asked to walk to the mobile forensic vehicle for interview.  While
Victim 1 was standing at the back of the vehicle, Charles told him, "(Victim 1),
don't say anything to them."  Charles was then directed to the interview room.
Charles Piel was then read the *Miranda* advice of rights.  After reading, Charles
requested an attorney.  While continuing with the search of the residence,
Charles later asked again to speak with me regarding the investigation.  At

---

2 Google Duo is a video chat mobile app developed by Google, available on the Android and iOS operating systems.
It is also available to use via Google's Chrome web browser on desktop and laptop computers. Duo lets users
make video calls in high definition. End-to-end encryption is enabled by default. Duo is based on phone numbers,
allowing users to call someone from their contact list. The app automatically switches between Wi-Fi and cellular
networks. A "Knock Knock" feature lets users see a live preview of the caller before answering. (Source:
Wikipedia)

12:01 p.m., I again spoke with Charles, explaining that he didn't have to speak with me and could request to speak with an attorney at any time.  Charles said he wished to talk.  After a short time, when I asked Charles how long he had known Victim 1, Charles said that he would again like to have an attorney and the interview was ended.

25.     Located on the couch in the living room was an iPhone belonging to Charles Piel.  It was seized and collected for forensic examination.  Charles Piel was arrested and transported to the Marion County Jail via wagon.

26.     **Interstate and Foreign Commerce:**  Charles Piel used Instagram, Google Services, and Snapchat to commit his crimes.  These companies are headquartered in California.  Instagram, Google, and Snapchat use the Internet to allow users to communicate with one another.  The internet is a means or facility of interstate and foreign commerce.  Charles Piel's offenses are in and affecting interstate and foreign commerce.

27.     **Venue:**  Charles Piel's offenses occurred in the Southern District of Indiana and elsewhere.

28.   **Conclusion**:  Based upon the contents of this Affidavit, your Affiant has probable cause to believe that Charles Piel has committed the offenses of Coercion and Enticement (with Penalties for Registered Sex Offenders), and Distribution and Receipt of Child Pornography (with Prior Conviction) and Possession of Child Pornography (with Prior Conviction).  I respectfully request that the Court issue an arrest warrant and criminal complaint for the offenses listed above.

s/ Laura Smith
Laura Smith
Task Force Officer
United States Secret Service

Attested to by the applicant in accordance with the requirements of Fed. Crim. P. 4.1 by telephone.

Dated:  October 14, 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana